UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Oard v. Muskegon County, et al

**Case Number:** 1:17-cv-1136
**Date:** April 16, 2018
**Time:** 9:59 a.m. - 10:06 a.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

**APPEARANCES**

   Plaintiff:  Sarah Riley Howard

   Defendants:  Laura S. Amtsbuechler

**PROCEEDINGS**

Nature of Hearing:  Telephone Rule 16 scheduling conference conducted; case management order to issue

Court Reporter: Proceedings not recorded                Case Manager: Amy Redmond