UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

VERNON OARD,

        Plaintiff,

        Case No. 1:17-CV-1136
        Hon. PAUL L. MALONEY

COUNTY OF MUSKEGON, and
14TH JUDICIAL CIRCUIT COURT,

        Defendants.

| Sarah Riley Howard, Esq. | Laura S. Amtsbuechler, Esq. |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |
| PINSKY, SMITH, FAYETTE & KENNEDY LLP | SCHULTZ & JOPPICH, PC |
| 146 Monroe Center St., NW – Suite 805 | 27555 Executive Dr., Suite 250 |
| Grand Rapids, MI 49503-2818 | Farmington Hills, MI 48331 |
| (616) 451-8496 | (248) 489-4100 |

## PROOF OF SERVICE

    Erika S. Dech, Legal Assistant at Pinsky, Smith, Fayette & Kennedy LLP, states that on **June 25, 2018**, she served **PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS** upon Laura S. Amtsbuechler, SCHULTZ & JOPPICH PC, 27555 Executive Drive, Suite 250, Farmington Hills, MI 48331 via email and First-Class US Mail, postage prepaid.

    I declare that this Proof of Service has been examined by me and that the contents thereof are true to the best of my information, knowledge, and belief.

                                                    /s/ Erika Dech
                                                      Erika Dech