UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

VERNON OARD,

      Plaintiff,

                                      Case No. 1:17-CV-1136
                                      Hon. PAUL L. MALONEY

COUNTY OF MUSKEGON, and        **HEARING REQUESTED**
14TH JUDICIAL CIRCUIT COURT,

      Defendants.

---

| | |
|---|---|
| Sarah Riley Howard | Laura S. Amtsbuechler |
| Erin L. Dornbos | Laura Bailey Brown |
| Attorneys for Plaintiff | Attorneys for Defendants |
| PINSKY, SMITH, FAYETTE & KENNEDY LLP | JOHNSON ROSATI SCHULTZ & JOPPICH, PC |
| 146 Monroe Center St., NW | 27555 Executive Dr., Suite 250 |
| Suite 805 | Farmington Hills, MI 48331 |
| Grand Rapids, MI 49503-2818 | (248) 489-4100 |
| (616) 451-8496 | |

---

## PLAINTIFF'S MOTION TO COMPEL

Plaintiff Vernon Oard, through his attorneys, and pursuant to Rule 37 of the Federal Rules of Civil Procedure, moves this Court for an order compelling Defendants to produce documents responsive to his Requests for Production, specifically Requests 7, 9, and 20, and to produce a comprehensive privilege log outlining documents that are withheld on the basis of a claimed privilege. This motion is supported by an accompanying brief.

                                                    PINSKY, SMITH, FAYETTE & KENNEDY, LLP
                                                    Attorneys for Plaintiff Vernon Oard

2 | P a g e

Dated: September 5, 2018         By:     /s/ Sarah R. Howard
                                         Sarah Riley Howard
                                         Erin Dornbos
                                         Business Address and Telephone:
                                         146 Monroe Center St NW, Suite 805
                                         Grand Rapids, MI 49503
                                         (616) 451-8496
                                         showard@psfklaw.com
                                         edornbos@psfklaw.com