# Exhibit G

*Oard v. County of Muskegon and 14th Judicial Circuit Court*

1:17-CV-1136

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

VERNON OARD,

        Plaintiff,

v                                  Case No. 1:17-CV-1136
                                  Hon. PAUL L. MALONEY

COUNTY OF MUSKEGON, and
14TH JUDICIAL CIRCUIT COURT,

        Defendants.

---

| PINSKY, SMITH, FAYETTE | JOHNSON, ROSATI, |
| & KENNEDY, LLP | SCHULTZ & JOPPICH, P.C. |
| By: Sarah Riley Howard (P58531) | By: Laura S. Amtsbuechler (P36972) |
|     Erin Dornbos (P80834) |     Laura Bailey Brown (P79742) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 146 Monroe Center Street, NW | 27555 Executive Drive, Suite 250 |
| Suite 805 | Farmington Hills, MI 48331 |
| Grand Rapids, MI 49503-2818 | (248) 489-4100/Fax: (248) 489-1726 |
| (616) 451-8496 | lamtsbuechler@jrsjlaw.com |
| showard@psfklaw.com | lbrown@jrsjlaw.com |
| edornbos@psfklaw.com | |

**DEFENDANTS' SUPPLEMENTAL PRIVILEGE/REDACTION LOG**

| BATES-STAMPED PAGE NO. | REASON FOR REDACTION |
|---|---|
| 862-D | Attorney-client communication/attorney work product. |
| 1094-D to 1095-D | Confidential, third-party information redacted. |
| 1099-D to 1100-D | Confidential, third-party information redacted. |
| 1255-D to 1256-D | Confidential, third-party information redacted. |
| 1274-D to 1275-D | Confidential, third-party information redacted. |

| BATES-STAMPED PAGE NO. | REASON FOR REDACTION |
|---|---|
| 1280-D to 1281-D | Confidential, third-party information redacted. |
| 1313-D | Confidential, third-party information redacted. |
| 1324-D to 1327-D | Confidential, third-party information redacted. |
| 1329-D to 1332-D | Confidential, third-party information redacted. |
| 1337-D to 1341-D | Confidential, third-party information redacted. |
| 1343-D | Confidential, third-party information redacted. |
| 1348-D to 1349-D | Confidential, third-party information redacted. |
| 1354-D to 1355-D | Confidential, third-party information redacted. |
| 1357-D | Confidential, third-party information redacted. |
| 1359-D | Confidential, third-party information redacted. |
| 1361-D to 1366-D | Confidential, third-party information redacted. |
| 1369-D | Confidential, third-party information redacted. |
| 1376-D to 1377-D | Confidential, third-party information redacted. |
| 1379-D to 1380-D | Confidential, third-party information redacted. |
| 1382-D to 1383-D | Confidential, third-party information redacted. |
| 1386-D to 1390-D | Confidential, third-party information redacted. |
| 1392-D to 1394-D | Confidential, third-party information redacted. |
| 1399-D | Confidential, third-party information redacted. |
| 1401-D | Confidential, third-party information redacted. |
| 1405-D | Confidential, third-party information redacted. |
| 1527-D | Confidential, third-party information redacted. |
| 1544-D | Confidential, third-party information redacted. |
| 1651-D | Confidential, third-party information redacted. |
| 1666-D | Confidential, third-party information redacted. |
| 1668-D | Confidential, third-party information redacted. |

JOHNSON, ROSATI,
SCHULTZ & JOPPICH, P.C.

/s/   *Laura Bailey Brown*
Laura Bailey Brown (P79742)
Attorneys for Defendant
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
Dated:  August 24, 2018        lbrown@jrsjlaw.com