AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| | |
|---|---|
| VERN OARD<br>*Plaintiff*<br>v.<br>COUNTY OF MUSKEGON and 14TH JUDICIAL CIRCUIT COURT<br>*Defendant* | Civil Action No. 1:17-CV-1136 |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: JILL STAMISON

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Smith, Haughey Rice & Roegge<br>900 Third St., Suite 204, Muskegon, MI 49440 | Date and Time:<br>Tuesday, September 25, 2018 at 9:00 a.m. |
|---|---|

The deposition will be recorded by this method: _____

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: A copy of the EEOC charge filed against Muskegon County and all responses and related documents you have received.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/30/2018

CLERK OF COURT

_____   OR   *Sarah R. Howard*
Signature of Clerk or Deputy Clerk              Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **VERN OARD**
_____, who issues or requests this subpoena, are:
Sarah Riley Howard, 146 Monroe Center St., NW- Suite 805, Grand Rapids, MI 49503; showard@psfklaw.com; 616/451-8496

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:17-cv-1136

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

☑ I served the subpoena by delivering a copy to the named individual as follows: to Kelly Powers, Assistant Superintendent of Muskegon Area Intermediate School District, 630 Harvey Street, Muskegon, MI 49442
on *(date)* 08/31/2018 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/07/2018

*Sarah R. Howard*
Server's signature

Sarah Riley Howard, Attorney
*Printed name and title*

Pinsky, Smith, Fayette & Kennedy
146 Monroe Center St., NW- Suite 805
Grand Rapids, MI 49503

*Server's address*

Additional information regarding attempted service, etc.: