# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:17-cv-01136-PLM | 9/26/2018 | 1:46 - 2:33 PM | Phillip J. Green |

## CASE CAPTION

Oard v. Muskegon, County of et al

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Erin Lynn Dornbos | Plaintiff |
| Laura Kathleen Bailey Brown | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Motion Hearing held re ECF No. 22; order to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema