UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

VERNON OARD,

        Plaintiff,

                              Case No. 1:17-CV-1136
                              Hon. PAUL L. MALONEY

COUNTY OF MUSKEGON, and
14TH JUDICIAL CIRCUIT COURT,

        Defendants.

| Sarah Riley Howard | Laura S. Amtsbuechler |
|---|---|
| Erin L. Dornbos | Laura Bailey Brown |
| Attorneys for Plaintiff | Attorneys for Defendants |
| PINSKY, SMITH, FAYETTE & KENNEDY LLP | JOHNSON ROSATI SCHULTZ & JOPPICH, PC |
| 146 Monroe Center St., NW | |
| Suite 805 | 27555 Executive Dr., Suite 250 |
| Grand Rapids, MI 49503-2818 | Farmington Hills, MI 48331 |
| (616) 451-8496 | (248) 489-4100 |

## PLAINTIFF'S MOTION TO STRIKE

      Plaintiff hereby moves this Court for an order striking Docket No. 36 and restricting public access to that entry. Instead of the intended Proof of Service of supplemental discovery, Plaintiff's counsel's office inadvertently filed the supplemental discovery itself.  In addition to being contrary to Local Rules, the supplemental discovery also contains information of non-parties and a minor.

      Accordingly, Plaintiff's counsel requests that the information be stricken from the docket and restricted from public view to protect the privacy of the non-parties. A corrected Proof of Service has now been filed.

                                              PINSKY, SMITH, FAYETTE & KENNEDY, LLP
                                              Attorneys for Plaintiff Vernon Oard

Dated: October 26, 2018        By:   /s/ Sarah R. Howard
                                                    Sarah Riley Howard
                                                    Erin Dornbos
                                                    Business Address and Telephone:
                                                    146 Monroe Center St NW, Suite 805
                                                    Grand Rapids, MI 49503
                                                    (616) 451-8496
                                                    showard@psfklaw.com
                                                    edornbos@psfklaw.com