UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERNON OARD,

    Plaintiff,

v.

COUNTY OF MUSKEGON, et al.,

    Defendants.
_____/

Case No. 1:17-cv-1136

HONORABLE PAUL L. MALONEY

## ORDER GRANTING MOTION TO STRIKE

Pending before the Court is Plaintiff's motion to strike a document (ECF No. 38). Defendant requests the Court strike his Proof of Service (ECF No. 36) because the wrong document was attached to the entry during the electronic filing process. Upon due consideration of the motion,

**IT IS HEREBY ORDERED** the motion to strike is GRANTED for the reasons stated in the motion. The document is STRICKEN from the docket.

**IT IS FURTHER ORDERED** that access to the document shall be available only to the Court and the parties to the lawsuit pending further order of the Court.

Dated:  October 29, 2018

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge