UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

VERNON OARD,

        Plaintiff,

                                                  Case No. 1:17-CV-1136
                                                  Hon. PAUL L. MALONEY

COUNTY OF MUSKEGON, and
14TH JUDICIAL CIRCUIT COURT,

        Defendants.

---

| | |
|---|---|
| Sarah Riley Howard | Laura S. Amtsbuechler |
| Erin L. Dornbos | Laura Bailey Brown |
| Attorneys for Plaintiff | Attorneys for Defendants |
| PINSKY, SMITH, FAYETTE & KENNEDY, LLP | ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, PC |
| 146 Monroe Center St., NW – Suite 805 | 27555 Executive Dr. – Suite 250 |
| Grand Rapids, MI 49503-2818 | Farmington Hills, MI 48331 |
| (616) 451-8496 | (248) 489-4100 |

---

# PROOF OF SERVICE

---

      Sarah Howard, Partner at Pinsky, Smith, Fayette & Kennedy, LLP, states that on **November 9, 2018**, she served **NOTICE OF TAKING DEPOSITIONS OF HON. GREGORY C. PITTMAN AND MS. LINDSAY NELSON, RE-NOTICE OF TAKING DEPOSITION OF MR. MARLON JAMES,** and **SUBPOENA TO MR. MARLON JAMES TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** upon Laura S. Amtsbuechler and Laura Bailey Brown, ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, PC, 27555 Executive Drive, Suite 250, Farmington Hills, MI 48331 via email.

      I declare that this Proof of Service has been examined by me and that the contents thereof are true to the best of my information, knowledge, and belief.

                                                                  /s/ Sarah Howard
                                                                    Sarah Howard