UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

VERNON OARD,

      Plaintiff,

                                                    Case No. 1:17-CV-1136
                                                   Hon. PAUL L. MALONEY

COUNTY OF MUSKEGON, and
14TH JUDICIAL CIRCUIT COURT,

      Defendants.

---

| | |
|---|---|
| Sarah Riley Howard | Laura S. Amtsbuechler |
| Erin Dornbos | Laura Bailey Brown |
| Attorneys for Plaintiff | Attorneys for Defendants |
| PINSKY, SMITH, FAYETTE & KENNEDY LLP | ROSATI SCHULTZ JOPPICH |
| 146 Monroe Center St., NW | & AMTSBUECHLER, PC |
| Suite 805 | 27555 Executive Dr., Suite 250 |
| Grand Rapids, MI 49503-2818 | Farmington Hills, MI 48331 |
| (616) 451-8496 | (248) 489-4100 |

---

## NOTICE REGARDING PLAINTIFF'S MOTION TO COMPEL

The parties hereby notify the Court of the following matter pertaining to Plaintiff's Motion to Compel (Dkt. No. 22) and this Court's Order on that Motion (Dkt. No. 34):

    1.    Per the Court's Order, Defendants determined that a memorandum by Circuit Judge Timothy Hicks concerning the investigation of Eric Stevens ("the Memorandum") indeed exists. The Memorandum is actually two separate documents dated March 20, 2017, and March 27, 2017, respectively, and Bates-numbered 1703-D to 1711-D. Defendants included the Memorandum on their

privilege log and have asserted the following privileges protect the Memorandum from disclosure: attorney-client communication, attorney work product, and deliberative process privilege.

    2.    Plaintiff's counsel took Judge Hicks' deposition in this matter, and believes that at least some or all of Memorandum must be disclosed and is not protected by the privileges cited by Defendants.

    3.    The parties agreed that the most appropriate method of resolution of this question is for Defendants to submit the Memorandum *in camera* for the Court's review and resolution of the question of whether some or all of the Memorandum must be disclosed to Plaintiff. Defendants will arrange to deliver the Memorandum to Magistrate Judge Green's chambers.

    4.    If the Court wants further briefing on the question, the parties are of course willing to submit that, and/or participate in a telephonic or in-person hearing, but the parties know that the Court is well-versed on the underlying issues from the last hearing on this matter.

Respectfully submitted,

PINSKY, SMITH, FAYETTE & KENNEDY, LLP
Attorneys for Plaintiff

Dated: November 13, 2018    By: /s/ Sarah R. Howard
    Sarah Riley Howard
    Business Address:
    146 Monroe Center, N.W., Suite 805
    Grand Rapids, MI 49503
    (616) 451-8496
    showard@psfklaw.com

                              ROSATI SCHULTZ JOPPICH & & AMTSBUECHLER, P.C.
                                         Attorneys for Defendants

Dated: November 13, 2018        By: /s/ Laura Bailey Brown by permission by SRH
                                                  Laura Bailey Brown
                                                  Business Address:
                                                  27555 Executive Dr., Suite 250
                                                  Farmington Hills, MI 48331
                                                  (248) 489-4100
                                                  lbrown@rsjalaw.com