# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:17-cv-01136-PLM | 11/29/2018 | 11:32 AM - 12:07 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Oard v. Muskegon, County of et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Sarah Riley Howard | Plaintiff |
| Laura Kathleen Bailey Brown (By Telephone) | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Status Conference held regarding Motion Hearing regarding ECF No. 22; order to issue.

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema