UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

VERNON OARD,

    Plaintiff,                                      Hon. Paul L. Maloney

v.                                                 Case No. 1:17-cv-1136

MUSKEGON COUNTY, et al.,

    Defendants,

_____/

## ORDER

The Court conducted a status conference on November 29, 2018, at which counsel for all parties appeared either in person or by telephone. (Minutes, ECF No. 50). Having considered the parties' oral submissions, and for the reasons stated on the record, it is necessary to require further briefing in this matter. Accordingly,

**IT IS ORDERED** that defendants shall, within in fourteen days of the date of this Order, file a brief regarding the assertion of privileges as to a memorandum and notes authored by Circuit Judge Timothy Hicks. Defendants shall also provide chambers for the undersigned judicial officer with a marked copy of the documents using a color-coded system to indicate which privilege applies to various parts of the documents.

**IT IS FURTHER ORDERED** that plaintiff shall have seven days following the filing of defendants' brief to file a response.

**IT IS SO ORDERED.**

Date: November 29, 2018          /s/ Phillip J. Green
                                 PHILLIP J. GREEN
                                 United States Magistrate Judge