UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

VERNON OARD,

        Plaintiff,

v                                                          Case No. 1:17-CV-1136
                                                         Hon. PAUL L. MALONEY

COUNTY OF MUSKEGON, and
14TH JUDICIAL CIRCUIT COURT,

        Defendants.
_____

| PINSKY, SMITH, FAYETTE | ROSATI, SCHULTZ, JOPPICH, |
|---|---|
|   & KENNEDY, LLP | & AMTSBUECHLER, P.C. |
| By:  Sarah Riley Howard | By:  Laura S. Amtsbuechler |
|      Erin Dornbos |      Laura Bailey Brown |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 146 Monroe Center, NW, Suite 805 | 27555 Executive Drive, Suite 250 |
| Grand Rapids, MI 49503-2818 | Farmington Hills, MI  48331 |
| (616) 451-8496 | (248) 489-4100 |
| showard@psfklaw.com | lamtsbuechler@rsjalaw.com |
| edornbos@psfklaw.com | lbrown@rsjalaw.com |

_____

**STIPULATED ORDER REGARDING AMENDMENT TO CASE MANAGEMENT ORDER**

     The parties, by their respective counsel, hereby respectfully request and stipulate to the following amendments to the Case Management Order in order to accommodate unavoidable delay in the discovery process.  The parties have had various discovery disputes, which they have worked through in a respectful and

efficient manner, but resolving those and producing subsequently-ordered discovery has taken time.  Currently, the parties are briefing an issue related to whether certain written discovery is protected by privilege(s), and that issue will not be resolved until close to the current close of discovery on December 31, 2019 because of a briefing schedule set today.  In addition, Defendants have electronically searched for additional responsive documents sought by Plaintiff after a motion to compel and the Court's order on that motion.  As a result of that search, Defendants have been reviewing around 50,000 documents for responsiveness and production, and counsel requires additional time to complete that task.  Plaintiff then needs a short, reasonable period of time to review whatever is additionally produced before completing final depositions.  This cannot be accomplished by the current close of discovery.

      Accordingly, in the interests of justice, the parties have agreed that the following dates should be amended in the Case Management Order:

1. Close of discovery is February 28, 2019.

2. The deadline for filing dispositive motions is April 1, 2019.

3. The new final settlement conference is _____.

4. The new final pretrial conference is _____.

5. The new trial date is _____.

**IT IS HEREBY ORDERED.**

_____
_____
HON. PAUL L. MALONEY

Stipulated and Agreed to by:

/s/ Sarah R. Howard
Sarah Riley Howard
Erin Dornbos
Attorneys for Plaintiff
146 Monroe Center, NW, Ste. 805
Grand Rapids, MI 49503-2818

/s/Laura Bailey Brown by SRH w/ permission
Attorney for Defendants
27555 Executive Drive, Ste. 250
Farmington Hills, MI  48331
(248) 489-4100

November 30, 2018