UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

VERNON OARD,

    Plaintiff,                                      Hon. Paul L. Maloney

v.                                                 Case No. 1:17-cv-1136

MUSKEGON COUNTY, et al.,

    Defendants,
_____/

## ORDER

This matter is before the Court on the parties' Stipulation and Order to Amend the Case Management Order. (ECF No. 53). The Court being fully advised in the premises, the stipulation and order is **GRANTED**. Accordingly,

**IT IS ORDERED** that the Case Management Order is Amended as follows:

    I.     Discovery deadline is February 28, 2019.

    II.     Dispositive Motion deadline is April 1, 2019.

    III.     Second Early Settlement Conference is set for May 3, 2019, at 1:30 p.m.

All other deadlines set forth in the Case Management Order (ECF No. 11) remain in effect.

**IT IS SO ORDERED.**

Date: December 7, 2018         /s/ Phillip J. Green
                                          PHILLIP J. GREEN
                                          United States Magistrate Judge