## INDEX OF EXHIBITS

Exhibit A:   Defendants' Second Supplemental Privilege Log

Exhibit B:   *Kuriakose v. Veterans Affairs Ann Arbor Healthcare Sys.*, 2016 WL 4662431 (E.D. Mich. 2016).

Exhibit C:   *In re Continental Capital Inv. Servs, Inc.*, 2011 WL 4624678 (N.D. Ohio 2011).

Exhibit D:   *E.E.O.C. v. Peoplemark, Inc.*, No. 1:08-CV-907, 2010 WL 748250 (W.D. Mich. Feb. 26, 2010).

Exhibit E:   Judge Timothy Hicks Deposition Transcript Excerpts