UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

VERNON OARD,

        Plaintiff,

v.                                  Case No. 1:17-CV-1136
                                    Hon. PAUL L. MALONEY

COUNTY OF MUSKEGON, and
14TH JUDICIAL CIRCUIT COURT,

        Defendants.
_____

| PINSKY, SMITH, FAYETTE & KENNEDY, LLP | ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C. |
|---|---|
| By: Sarah Riley Howard (P58531)<br>    Erin Dornbos (P80834)<br>Attorneys for Plaintiff<br>146 Monroe Center Street, NW<br>Suite 805<br>Grand Rapids, MI 49503-2818<br>(616) 451-8496<br>showard@psfklaw.com<br>edornbos@psfklaw.com | By: Laura S. Amtsbuechler (P36972)<br>    Laura Bailey Brown (P79742)<br>Attorneys for Defendants<br>27555 Executive Drive, Suite 250<br>Farmington Hills, MI 48331<br>(248) 489-4100/Fax: (248) 489-1726<br>lamtsbuechler@jrsjlaw.com<br>lbrown@jrsjlaw.com |

_____

**DEFENDANTS' SECOND
SUPPLEMENTAL PRIVILEGE/REDACTION LOG**

| BATES-STAMPED PAGE NO. | REASON FOR REDACTION |
|---|---|
| 862-D | Attorney-client communication/attorney work product. |
| 1094-D to 1095-D | Confidential, third-party information redacted. |
| 1099-D to 1100-D | Confidential, third-party information redacted. |
| 1255-D to 1256-D | Confidential, third-party information redacted. |

| BATES-STAMPED PAGE NO. | REASON FOR REDACTION |
|---|---|
| 1274-D to 1275-D | Confidential, third-party information redacted. |
| 1280-D to 1281-D | Confidential, third-party information redacted. |
| 1313-D | Confidential, third-party information redacted. |
| 1324-D to 1327-D | Confidential, third-party information redacted. |
| 1329-D to 1332-D | Confidential, third-party information redacted. |
| 1337-D to 1341-D | Confidential, third-party information redacted. |
| 1343-D | Confidential, third-party information redacted. |
| 1348-D to 1349-D | Confidential, third-party information redacted. |
| 1354-D to 1355-D | Confidential, third-party information redacted. |
| 1357-D | Confidential, third-party information redacted. |
| 1359-D | Confidential, third-party information redacted. |
| 1361-D to 1366-D | Confidential, third-party information redacted. |
| 1369-D | Confidential, third-party information redacted. |
| 1376-D to 1377-D | Confidential, third-party information redacted. |
| 1379-D to 1380-D | Confidential, third-party information redacted. |
| 1382-D to 1383-D | Confidential, third-party information redacted. |
| 1386-D to 1390-D | Confidential, third-party information redacted. |
| 1392-D to 1394-D | Confidential, third-party information redacted. |
| 1399-D | Confidential, third-party information redacted. |
| 1401-D | Confidential, third-party information redacted. |
| 1405-D | Confidential, third-party information redacted. |
| 1527-D | Confidential, third-party information redacted. |
| 1544-D | Confidential, third-party information redacted. |
| 1651-D | Confidential, third-party information redacted. |
| 1666-D | Confidential, third-party information redacted. |
| 1668-D | Confidential, third-party information redacted. |
| 1703-D to 1704-D | Attorney-client communication, attorney work product, deliberative process privilege<br>Description: Hon. Timothy Hicks Memorandum re Eric Stevens<br>Date:  March 20, 2017 |

| | |
|---|---|
| 1705-D to 1711-D | Attorney-client communication, attorney work product, deliberative process privilege<br>Description: Hon. Timothy Hicks Memorandum re Eric Stevens<br>Date: March 27, 2017 |

ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.

/s/    *Laura Bailey Brown*
Laura Bailey Brown (P79742)
Attorneys for Defendant
27555 Executive Drive, Ste. 250
Farmington Hills, MI 48331
(248) 489-4100
lbrown@jrsjlaw.com

Dated:   October 17, 2018

## PROOF OF SERVICE

The undersigned certifies that the foregoing was served upon all parties to the above cause to each of the attorneys/parties of record herein at their respective addresses disclosed on the pleadings on October 17, 2018.

BY:  ☐ U.S. Mail     ☐ Telefacsimile
     ☐ Hand Delivered ☐ Overnight courier
     ☐ Federal Express ☒ Other: *E-mail*

Signature:

/s/    *Laura Bailey Brown*

3