UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERNON OARD,

        Plaintiff,                            Case No. 1:17–cv–01136–PLM–PJG

    v.

MUSKEGON, COUNTY OF, et al.,

        Defendants.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Laura Kathleen Bailey Brown

RE:  Brief (Related Document) (ECF No. 57)

REASON FOR NOTICE:  Exhibits or attachments are not identified on their face by number or letter.

RECOMMENDED ACTION:  None.

INFORMATION FOR FUTURE REFERENCE:  <u>Local Civil Rule 5.7(d)(vii)</u> requires that all exhibits and attachments contain on their face a prominent exhibit number or letter. This is particularly helpful to the court should the document be printed.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                                     CLERK OF COURT

Dated:  December 14, 2018      By:   /s/ E. Siskind_____
                                                 Deputy Clerk