UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

VERNON OARD,

    Plaintiff,

Case No. 1:17-CV-1136

v.                                                                Hon. PAUL L. MALONEY

COUNTY OF MUSKEGON, and

14TH JUDICIAL CIRCUIT COURT,

    Defendant.

---

# PROOF OF SERVICE

---

    Erin L. Dornbos of the law firm Pinsky, Smith, Fayette & Kennedy, LLP, states that on **December 14, 2018**, she served **PLAINTIFF'S EXPERT REPORT AND PLAINTIFF'S EXPERT'S CURRICULUM VITAE** via email upon the following:

        Laura Amtsbuechler
        Laura Bailey Brown
        ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, PC
        Attorneys for Defendants
        27555 Executive Drive, Suite 250
        Farmington Hills, MI 48331
        (248) 489-4100
        lamtsbuechler@rsjlaw.com
        lbrown@rsjlaw.com

    I declare that this Proof of Service has been examined by me and that the contents thereof are true to the best of my information, knowledge, and belief.

                                    /s/ Erin Dornbos
                                    Erin Dornbos