UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

VERNON OARD,

        Plaintiff,

        Case No. 1:17-CV-1136
        Hon. PAUL L. MALONEY

COUNTY OF MUSKEGON, and
14TH JUDICIAL CIRCUIT COURT,

        Defendants.

| | |
|---|---|
| Sarah Riley Howard | Laura S. Amtsbuechler |
| Erin L. Dornbos | Laura Bailey Brown |
| Attorneys for Plaintiff | Attorneys for Defendants |
| PINSKY, SMITH, FAYETTE & KENNEDY, LLP | ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, PC |
| 146 Monroe Center St., NW – Suite 805 | 27555 Executive Dr., Suite 250 |
| Grand Rapids, MI 49503-2818 | Farmington Hills, MI 48331 |
| 616) 451-8496 | (248) 489-4100 |

## PROOF OF SERVICE

      Sarah R. Howard, Partner at Pinsky, Smith, Fayette & Kennedy LLP, states that on **January 8, 2019**, she served documents stamped PSFK-000127-001515 upon Laura S. Amtsbuechler and Laura Bailey Brown, ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, PC, 27555 Executive Drive, Suite 250, Farmington Hills, MI 48331 via email.

      I declare that this Proof of Service has been examined by me and that the contents thereof are true to the best of my information, knowledge, and belief.

                                              /s/ Sarah Howard
                                                Sarah Howard