UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERNON OARD,

       Plaintiff,                          Case No. 1:17-cv-01136-PLM-PJG

v.                                        Hon. Paul L. Maloney

MUSKEGON, COUNTY OF, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:   January 15, 2019   03:30 PM
Magistrate Judge:   Phillip J. Green
Place/Location:   601 Federal Building, Grand Rapids, MI

*Regarding responses to the Motion to Compel [22].*

                                                  PHILLIP J. GREEN
                                                  U.S. Magistrate Judge

Dated:  January 8, 2019        By:   /s/ Jessica K. Wright
                                                    Judicial Assistant