UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VERNON OARD,

       Plaintiff,                        Case No. 1:17–cv–01136–PLM–PJG

v.                                    Hon. Paul L. Maloney

MUSKEGON, COUNTY OF, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

Type of hearing(s):   Status Conference
Date/Time:   January 14, 2019   01:30 PM
                 *(previously set for January 15, 2019)*
Magistrate Judge:   Phillip J. Green
Place/Location:   601 Federal Building, Grand Rapids, MI

                                          PHILLIP J. GREEN
                                          U.S. Magistrate Judge

Dated:   January 9, 2019       By:   /s/ Jessica K. Wright
                                                Judicial Assistant