# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:17-cv-01136-PLM | 1/14/2019 | 1:30 - 1:53 <br> 2:07 - 2:11 PM | Phillip J. Green |

## CASE CAPTION

| Oard v. Muskegon, County of et al |
|---|

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Sarah Riley Howard | Plaintiff |
| Laura Kathleen Bailey Brown | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:**

Status Conference held re ECF No. 22; order to issue.

Portions Digitally Recorded
Deputy Clerk: A. Doezema