UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

VERNON OARD,

       Plaintiff,

v.

COUNTY OF MUSKEGON, and
14TH JUDICIAL CIRCUIT COURT,

       Defendants.

Case No. 1:17-CV-1136
Hon. PAUL L. MALONEY

_____

| PINSKY, SMITH, FAYETTE & KENNEDY, LLP | ROSATI SCHULTZ JOPPICH & AMTSBUECHLER, P.C. |
|---|---|
| By: Sarah Riley Howard (P58531) | By: Laura S. Amtsbuechler (P36972) |
|     Erin Dornbos (P80834) |     Laura Bailey Brown (P79742) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 146 Monroe Center Street, NW | 27555 Executive Drive, Suite 250 |
| Suite 805 | Farmington Hills, MI 48331 |
| Grand Rapids, MI 49503-2818 | (248) 489-4100/Fax: (248) 489-1726 |
| (616) 451-8496 | lamtsbuechler@rsjalaw.com |
| showard@psfklaw.com | lbrown@rsjalaw.com |
| edornbos@psfklaw.com | |

_____

## PROOF OF SERVICE

I hereby certify that on January 21, 2019, I served Defendants Supplemental Production of Documents (Bates No. 2113 - 2538) along with Defendants' Fourth Supplemental Privilege Log upon Sarah Howard / Erin L. Dornbos of Pinsky, Smith, Fayette & Kennedy LLP, 146 Monroe Center Street, NW, Suite 805, Grand Rapids, MI 49503 via email.

                                                   /s/ Laura Brown