UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

VERNON OARD,

        Plaintiff,

v

                                                                                Case No. 1:17-CV-1136
                                                                               Hon. PAUL L. MALONEY

COUNTY OF MUSKEGON, and
14TH JUDICIAL CIRCUIT COURT,

        Defendants.
_____

| | |
|---|---|
| PINSKY, SMITH, FAYETTE<br>  & KENNEDY, LLP<br>By:  Sarah Riley Howard (P58531)<br>      Erin Dornbos (P80834)<br>Attorneys for Plaintiff<br>146 Monroe Center Street, NW<br>Suite 805<br>Grand Rapids, MI 49503-2818<br>(616) 451-8496<br>showard@psfklaw.com<br>edornbos@psfklaw.com | ROSATI SCHULTZ JOPPICH<br>  & AMTSBUECHLER, PC<br>By:  Laura S. Amtsbuechler (P36972)<br>      Laura Bailey Brown (P79742)<br>Attorneys for Defendants<br>27555 Executive Drive, Suite 250<br>Farmington Hills, MI  48331<br>(248) 489-4100/Fax:  (248) 489-1726<br>lamtsbuechler@rsjalaw.com<br>lbrown@rsjalaw.com |

_____

**STIPULATED ORDER OF DISMISSAL**

      This matter, having come before the Court on the stipulation of the parties, and the Court being fully advised:

      IT IS HEREBY ORDERED that this case is dismissed in its entirety against Defendants County of Muskegon and the 14th Judicial Circuit Court, with

2

prejudice and without costs, interest, or attorney fees as to any party. This is a final Order of the Court which resolves all pending claims and closes the file.

    IT IS HEREBY ORDERED.

                                                  Honorable Paul L. Maloney
                                                  U.S. District Court Judge

Stipulated and Agree to by:

/s/Sarah Riley Howard (w/consent)
Attorney for Plaintiff

/s/Laura Bailey Brown
Attorney for Defendants