UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

VERNON OARD,

        Plaintiff,

v

                                                                Case No. 1:17-CV-1136
                                                                Hon. PAUL L. MALONEY

COUNTY OF MUSKEGON, and
14TH JUDICIAL CIRCUIT COURT,

        Defendants.
_____

| PINSKY, SMITH, FAYETTE | ROSATI SCHULTZ JOPPICH |
|---|---|
|   & KENNEDY, LLP | & AMTSBUECHLER, PC |
| By: Sarah Riley Howard (P58531) | By: Laura S. Amtsbuechler (P36972) |
|      Erin Dornbos (P80834) |      Laura Bailey Brown (P79742) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 146 Monroe Center Street, NW | 27555 Executive Drive, Suite 250 |
| Suite 805 | Farmington Hills, MI  48331 |
| Grand Rapids, MI 49503-2818 | (248) 489-4100/Fax:  (248) 489-1726 |
| (616) 451-8496 | lamtsbuechler@rsjalaw.com |
| showard@psfklaw.com | lbrown@rsjalaw.com |
| edornbos@psfklaw.com | |

_____

**STIPULATED ORDER OF DISMISSAL**

      This matter, having come before the Court on the stipulation of the parties, and the Court being fully advised:

      IT IS HEREBY ORDERED that this case is dismissed in its entirety against Defendants County of Muskegon and the 14th Judicial Circuit Court, with

prejudice and without costs, interest, or attorney fees as to any party. This is a final Order of the Court which resolves all pending claims and closes the file.

    IT IS HEREBY ORDERED.

Date: March 5, 2019

/s/ Paul L. Maloney
Honorable Paul L. Maloney
U.S. District Court Judge

Stipulated and Agree to by:

/s/Sarah Riley Howard (w/consent)
Attorney for Plaintiff

/s/Laura Bailey Brown
Attorney for Defendants